Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rapid Readymix Co.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-2005739** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **900 E Steuben St.**<br>**Bingen, WA 98605** | **PO Box 668**<br>**Bingen, WA 98605** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Klickitat** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **rapidreadymix.com** |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

24-00310-WLH11    Doc 1    Filed 03/01/24    Entered 03/01/24 16:14:18    Pg 1 of 39

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

24-00310-WLH11    Doc 1    Filed 03/01/24    Entered 03/01/24 16:14:18    Pg 2 of 39

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

24-00310-WLH11    Doc 1    Filed 03/01/24    Entered 03/01/24 16:14:18    Pg 3 of 39

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

24-00310-WLH11   Doc 1   Filed 03/01/24   Entered 03/01/24 16:14:18   Pg 4 of 39

| Debtor | **Rapid Readymix Co.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 1, 2024**
                MM / DD / YYYY

**X /s/ Izak V. Riley**                        **Izak V. Riley**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Douglas R. Ricks**            Date   **March 1, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Douglas R. Ricks**
Printed name

**Sussman Shank LLP**
Firm name

**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205**
Number, Street, City, State & ZIP Code

Contact phone   **503-227-1111**      Email address   **dricks@sussmanshank.com**

**52168 WA**
Bar number and State

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Rapid Readymix Co.**              Case No. _____

                            Debtor(s)           Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Payment at standard hourly rates** |
| Prior to the filing of this statement I have received | $ | $75,000 retainer* |
| Balance Due | $ | **TBD** |

*attorneys currently holds $57,889.45 of such retainer to be used for post-petition fees and costs.

2.   The source of the compensation paid to me was:

     ☑ Debtor      ☑ Other (specify):     Izak V. Riley ($65,000 of retainer)

3.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]
         **None**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **None**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   3/1/2024 _____          /s/Douglas R. Ricks
   *Date*                                **Douglas R. Ricks**
                                     *Signature of Attorney*
                                     **Sussman Shank LLP**
                                     **1000 SW Broadway**
                                     **Suite 1400**
                                     **Portland, OR 97205**
                                     **503-227-1111**
                                     **dricks@sussmanshank.com**
                                     *Name of law firm*

| | |
|---|---|
| Debtor name | **Rapid Readymix Co.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1st Security Bank Attn: Maira Padilla 390 NE Tahomosh St White Salmon, WA 98672** | **Jody McCormick, Esq**<br><br>**jmccormick@howleytroxell.com 509-624-5265** | **Line of Credit** | | | | $440,037.63 |
| **Arcosa Aggregats POB 736152 Dallas, TX 75373** | **Todd T. Williams, Esq**<br><br>**twilliams@corrcronin.com 206-625-8600** | **Supplier** | | | | $565,851.85 |
| **Ascentium Capital Attn: Jerry Noon, Vice Pres. 23970 Hwy 59 N. Kingwood, TX 77339** | **Jerry Noon**<br><br>**jerrynoon@ascentiumcapital.com 281-348-2013** | **2 Mixer Trucks - 38R - 2022 Terex Advance FDB7000 - VIN 017590 (Value $310,000) & 39R - 2022 Terex Advance FDB7000 - VIN 017591 (Value $310,000)** | | $645,882.67 | $620,000.00 | $25,882.67 |
| **Ash Grove POB 35143 #41059 Seattle, WA 98124** | **Jim Gray**<br><br>**jimgray@ashgrove.com 913-319-6145** | **Supplier** | | | | $214,984.08 |
| **Carl Goleman POB 425 Bingen, WA 98605** | **Carl Goleman**<br><br>**goleman.carl@gmail.com 503-789-3447** | **Short Term Loan** | | | | $106,202.38 |
| **Fundtech Paypal PayPal Business Loan 3505 Silverside Rd, Ste 200 Wilmington, DE 19810** | **Customer Svc**<br><br>**866-406-2852** | **Loan** | | | | $90,937.15 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GCP Applied Technologies(Grace)** POB 96160 Chicago, IL 60693 | **Mark E. Golman, Esq** megolman@phillipsmurrah.com 469-485-7333 | **Supplier** | | | | **$109,858.58** |
| **Jaylin Dale Trucking LLC** POB 107 Glenwood, WA 98619 | **Jaylin Throop** Jaylin.JDTruckingLLC@outlook.com 541.806.4192 | **Contract Labor** | | | | **$25,231.07** |
| **Jubitz Fleet Services** POB 11251 Portland, OR 97211 | **Derek Malsam** derek.malsam@jubitz.com 503-345-0312 | **Supplier** | | | | **$167,009.71** |
| **Mitsubishi/ENGS** Attn: Jim Zalewski 1 Pierce Place, Ste 1100 West Itasca, IL 60143 | **Candi Butler** cbutler@mhccna.com 331-244-8381 | **41R 2020 Terex FDB7000 Concrete Mixer Truck - VIN 017607** | | **$357,251.14** | **$274,500.00** | **$82,751.14** |
| **Mitsubishi/ENGS** Attn: Jim Zalewski 1 Pierce Place, Ste 1100 West Itasca, IL 60143 | **Candi Butler** cbutler@mhccna.com 331-244-8381 | **40R 2020 Terex FDB7000 Concrete Mixer Truck - VIN 017603** | | **$357,251.14** | **$274,500.00** | **$82,751.14** |
| **Powerscreen of Washington** 7915 S 261st St Kent, WA 98032 | **Dan Bianchini** fax #360-793-7678 253-236-4153 | **Equipment Rental** | | | | **$88,368.93** |
| **Salt River Material Group (SRMG)** 8800 E Chaparral Rd, Ste 155 Scottsdale, AZ 85250 | **Kathy McCabe** kmccabe@srmaterials.com 480-850-5757 | **Supplier** | | | | **$175,934.40** |
| **Sapient Law** 425 NW 10th Ave, Ste 200 Portland, OR 97209 | **Joe Mabe, Esq** joe@sapientlaw.com 971-266-8026 | **Legal** | | | | **$114,544.34** |
| **Strawberry Mt** 1308 N Main Ave White Salmon, WA 98672 | **Becky Hamilton** strawberrymt@msn.com 509-493-2880 | **Employee Housing** | | | | **$33,567.10** |
| **The Euclid Chemical Company** POB 932674 Cleveland, OH 44193 | **David Clarke @ IRG** david@irgus.com 435-218-6165 ext 703 | **Supplier** | | | | **$87,816.23** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Trans Lease, Inc. c/o Harry L. Simon, Esq 10200 E. Girard Ave Bldg B #120 Denver, CO 80231** | **Andy Bruns**<br><br>**abruns@translease inc.com**<br>**937-307-8548** | **42R 2022 Terex Advance FDB7000 Concrete Mixer Truck - VIN 017611** | | **$320,469.26** | **$274,500.00** | **$45,969.26** |
| **Trans Lite, Inc. 13489 SE Hwy 212 Clackamas, OR 97015** | **Cody Davis**<br><br>**cody@davistranslit e.com**<br>**503-849-0080** | **Contract Labor** | | | | **$27,240.10** |
| **Ubiquity 401K 44 Montgomery St San Fransico, CA 94104** | **Customer Services**<br><br>**855-401-4357** | **Employee Benefit** | | | | **$76,542.48** |
| **United Rentals 3820 E Winslow Ave Phoenix, AZ 85040** | **Jennifer McKenna**<br><br>**jmckenna@ur.com**<br>**602-267-3898** | **Equipment Rental** | | | | **$25,519.73** |

**Fill in this information to identify the case:**

Debtor name    **Rapid Readymix Co.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 1, 2024**    X **/s/ Izak V. Riley**
                                 Signature of individual signing on behalf of debtor

                                   **Izak V. Riley**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of Washington

In re  **Rapid Readymix Co.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Izak V. Riley**<br>**8 Hollow Crest Dr.**<br>**White Salmon, WA 98672** | **Common Stock** | **500 Shares** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 1, 2024**

Signature  **/s/ Izak V. Riley**

**Izak V. Riley**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Washington

In re    **Rapid Readymix Co.**                   Case No.
                                Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rapid Readymix Co.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  1, 2024**
_____
Date

**/s/ Douglas R. Ricks**
_____
**Douglas R. Ricks**
Signature of Attorney or Litigant
Counsel for   **Rapid Readymix Co.**
_____
**Sussman Shank LLP**
**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205**
**503-227-1111**
**dricks@sussmanshank.com**

In re   **Rapid Readymix Co.** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Izak V. Riley**, declare under penalty of perjury that I am the **President** of  **Rapid Readymix Co.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 1st day of March, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Izak V. Riley**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Izak V. Riley**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Izak V. Riley**, **President** of this Corporation is authorized and directed to employ **Douglas R. Ricks**, attorney and the law firm of **Sussman Shank LLP** to represent the corporation in such bankruptcy case."

Date   3/1/2024 _____   Signed   /s/Izak V. Riley _____
**Izak V. Riley**

Resolution of Board of Directors
of
**Rapid Readymix Co.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Izak V. Riley**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Izak V. Riley, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Izak V. Riley, President** of this Corporation is authorized and directed to employ **Douglas R. Ricks**, attorney and the law firm of **Sussman Shank LLP** to represent the corporation in such bankruptcy case.

Date   3/1/24 _____     Signed   /s/Izak V. Riley _____

Date _____     Signed _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                       )     Case No.

    **Rapid Readymix Co.**          )

                            )     **STATEMENT OF WITNESS TO**

                            )     **SIGNING OF DOCUMENT**

                  Debtor(s)  )

The undersigned states under penalty of perjury that he/she witnessed the signing of the following document(s) by the person(s) indicated thereon.

- ☑ Voluntary Petition

- ☐ Declaration Concerning Debtor's Schedules

- ☐ Statement of Social Security Number

- ☐ Statement of Affairs

- ☑ Other:     **Declaration Under Penalty of Perjury for Non-Individual Debtors - List of 20 Largest List of Equity Security Holders**

Dated:   **03.01.2024**

                                       _Amy Szilagyi_

Witness Signature

                                   **Amy Szilagyi**

                                   Witness Name (printed or typed)

Address:    **Mailing: PO Box 425, Bingen, WA 98605**

                     **Office: 900 E Steuben St,**

                     **Bingen, WA 98605**

**United States Bankruptcy Court**
**Eastern District of Washington**

In re  **Rapid Readymix Co.**                                              Case No. _____
                                            Debtor(s)            Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March  1, 2024**                      **/s/ Izak V. Riley**
                                                **Izak V. Riley**/**President**
                                                Signer/Title

Rapid Readymix Co.
PO Box 668
Bingen, WA 98605


Douglas R. Ricks
Sussman Shank LLP
1000 SW Broadway
Suite 1400
Portland, OR 97205


1st Security Bank
Attn: Maira Padilla
390 NE Tahomosh St
White Salmon, WA 98672


1st Security Bank
c/o Jody McCormick, Esq
422 W. Riverside Ave, ste 1100
Spokane, WA 99201


4-S Belt Splicing
7493 N Sandario Rd
Tucson, AZ 85743


Air Resources, LLC
Attn: Alex Riley
POB 784
The Dalles, OR 97058


Air Resources, LLC
c/o Justin D. Leigh, Esq
PO Box 855
Goldendale, WA 98620


Airpac Materials
3939 E Vest Ave, Apt 166
Gilbert, AZ 85295

Alex Riley
POB 784
The Dalles, OR 97058


Alli Morris
432 A St
Dallesport, WA 98617


Alonzo Moffet
2110 Carlson Rd
Vancouver, WA 98661


AmTrust Financial
POB 6939
Cleveland, OH 44101


Amy Szilagyi
POB 425
Bingen, WA 98605


Anna Helton
Schwabe Williamson & Wyatt
1211 SW 5th Ave, Ste 1900
Portland, OR 97204


Anna Kimmel
24619 N 39th Ave
Glendale, AZ 85310


Arcosa Aggregats
POB 736152
Dallas, TX 75373


Arizona Dept of Revenue
c/o Attorney General's Office
2005 N Central Ave
Phoenix, AZ 85004

Ascentium Capital
Attn: Jerry Noon, Vice Pres.
23970 Hwy 59 N.
Kingwood, TX 77339


Ascentium Capital
NKA: Regions Bank, Inc.
1900 Fifth Ave North
Birmingham, AL 35203


Ash Grove
POB 35143 #41059
Seattle, WA 98124


Assoc. of Washington Business
PO Box 658
Olympia, WA 98507


AZ Dept of Economic Security
POB 6028
Phoenix, AZ 85005


AZ Dept of Environmental Quality
POB 18228
Phoenix, AZ 85005


AZ Dept of Revenue
 Atttn.: Education & C
POB 29070
Phoenix, AZ 85038


Bell Design Company
POB 308
Bingen, WA 98605


Bi Coastal Medial
719 E 2nd St
The Dalles, OR 97058

Big West Equipment
7915 S 261st St
Kent, WA 98032


Bishop Sanitation
POB 11
Goldendale, WA 98620


Blake Hall, Sr. Portfolio Risk Mngr
Lehigh Hanson, Inc.
300 E John Carpenter Frwy
Santa Cruz, CA 95062


Boggs Trucking
POB 776
Sandy, OR 97055


Brandon Capps
POB 668
Bingen, WA 98605


Brownstein | Rask
1 SW Columbia St, Ste 900
Portland, OR 97204


Bullseye Products, LLC
POB 82498
Las Vegas, NV 82498


Capital Pump & Equipment
4050 W Saturn Way
Chandler, AZ 85226


Carl Goleman
POB 425
Bingen, WA 98605

Carlos Medina
432 A St
Dallesport, WA 98617


Carquest Autoparts - AZ
22026 S Ellsworth Rd
Queen Creek, AZ 85142


CAT Financial
Attn: Account Services
POB 730681
Dallas, TX 75373


CATERPILLAR FINANCIAL SVC CORP, RA
c/o Corp Service Co, RA
300 Deschutes Way SW, # 208 MCCSC1
Olympia, WA 98501


Cemco, Inc.
Route 3, Box 14
Olney, TX 76374


Charles Stone
41710 N Perry Rd
Deer Park, WA 99006


Chester Bates
369 NW Frank Johns Rd
Stevenson, WA 98648


Chisholm's Saw & Supply
POB 347
Bingen, WA 98605


CHTD Company
PO Box 2576
Springfield, IL 62708

City of Bingen
PO Box 607
Bingen, WA 98605


City of Marysville
1049 State Ave, Ste 101
Marysville, WA 98270


City of Winlock
POB 777
Winlock, WA 98596


Clay Walker
801 Snowden Rd
White Salmon, WA 98672


Colby Gray
28102 State Rd 14
Washougal, WA 98671


Columbia State Bank
2650 Cascade Avenue
Hood River, OR 97031


Columbia State Bank
c/o Corporation Service Company, RA
300 Deschutes Way SW, # 208 MCCSC1
Olympia, WA 98501


Columbia Western Machinery
11125 SW Tonquin RD
Sherwood, OR 97140


Commercial Capital Company LLC
13910 W 96th Ter
Lenexa, KS 66215

```
Community First Bank
650 Kansas Ave
Kansas City, KS 66105


Community First Bank
c/o Richard D. Burleson, Jr. CEO
650 Kansas Ave
Kansas City, KS 66105


Community First Bank
c/o Steve McGiffert, Esq
PO Box 25625
Overland Park, KS 66225


Concrete Strategies
PO Box 270209
Saint Louis, MO 63127


Concrete Strategies
c/o Thomas A. Ped, Atty
1515 SW Fifth Ave, Ste 600
Portland, OR 97201


Connie Riley
1380 N Main
White Salmon, WA 98672


Cortez Yard Service
POB 493
Bingen, WA 98605


Crystal Springs Water Dist
POB 186
Odell, OR 97044


Darin Delude
3837 Goldfinch Dr SE
Lacey, WA 98503
```

```
Day Wireless
POB 22169
Milwaukie, OR 97269


De Lage Landen Financial (DLL)
1111 Old Eagle School Rd
Wayne, PA 19087


De Lage Landen Financial Svc Inc.
c/o The Prentice Hall Corp Sys RA
202 North Phoenix St
Olympia, WA 98506


De Lage Landen Financial Svcs Inc.
Attn: Andrew Chesbro
POB 41602
Philadelphia, PA 41602


Dennis Shute
2995 Shute Rd
Hood River, OR 97031


Dept of Ecology
POB 47611
Olympia, WA 98504


DGR, LLC
8 Hollow Crest Dr
White Salmon, WA 98672


DGR, LLC
8 Hollow Crest Rd
White Salmon, WA 98672


Drake Cement
Attn: Jacquelyn Olson
21803 N Scittsdale Rd # 220
Scotsdale, AZ 85255
```

```
Drake Cement LLC
c/o Enrique Rozas, Statutory Agent
21803 N Scottsdale Rd #220
Scottsdale, AZ 85255


Drake Cement LLC
c/o Corporation Service Co, RA
2711 Centerville Rd, #400
Wilmington, DE 19808


Elvis Fernandez
1319 E 13th St
The Dalles, OR 97058


Erica Gonzalez
7 Canyon Rd
Lyle, WA 98635


ERS Hood River
1113 Tucker Rd
Hood River, OR 97031


Fastenal
POB 1286
Winona, MN 55987


Flagstar Financial & Leasing, LLC
c/o Aric H. Jarrett, Esq
600 University St, Ste 3600
Seattle, WA 98101


Flagstar Public Funding Corp.
c/o Corp Service Co, RA
300 Deschutes Way SW #208 MCCSC1
Olympia, WA 98501


Fleet Tech Chipping, LLC
POB 1467
Silverton, OR 97381
```

```
Forward Financing LLC
c/o Kathleen Farrell, Esq
53 State St, 20th Floor
Boston, MA 02109


Forward Financing LLC
c/o Corporation Service Co, R.A.
PO Box 2576
Springfield, IL 62708


Fox Capital Croup, Inc.
Attn: Ozzy Lawrence
803 S 21st St
Hollywood, FL 33020


Fox Capital Group, Inc.
c/o C T Corporation System, R.A.
330 N Brand Blvd Ste 700 Attn SPRS
Glendale, CA 91203


Fox Capital Group, Inc.
c/o Sabido Law LLC
9385 SW Locust St
Portland, OR 97223


Fred Feller
1810 BZ-Glenwood Hwy
Glenwood, WA 98619


Fundtech Paypal
PayPal Business Loan
3505 Silverside Rd, Ste 200
Wilmington, DE 19810


GCP Applied Technologies(Grace)
POB 96160
Chicago, IL 60693
```

Gorge Auto Parts
POB 606
Bingen, WA 98605


H2Oregon
3575 Crates Way
The Dalles, OR 97058


Hank Ohlson
POB 1174
White Salmon, WA 98672


Hannah Riley
8 Hollow Crest Dr
White Salmon, WA 98672


Hannah Riley
8 Hollow Crest Dr.
White Salmon, WA 98672


HM Northweset Cement Company
FKA: Lehigh Northwest Cement Co
300 E John Carpenter Fwy
Irving, TX 75062


HM Northwest Cement Co
c/o Corporation Svc Co.
300 Deschutes Way SW #208 MCCSC1
Olympia, WA 98501


Honald Crane Service
POB 454
The Dalles, OR 97058


Infinate Graphix
1203 12th St, Ste D
Hood River, OR 97031

```
Internal Revenue Service
500 W 12th St, RM 110
Vancouver, WA 98660


IRS
Attn: Atty Gen. of U.S.
950 Pennsylvania Ave. NW
Washington, DC 20530-0009


IRS
Centralized Insolvency Op.
PO Box 7346
Philadelphia, PA 19101-7346


IRS
Attn: Civil Process Clerk
1000 SW 3rd, #600
Portland, OR 97204-2936


IRS - CCP Lien Unit
PO Box 145595
Cincinnati, OH 45250


IV Riley Materials
POB 287
Bingen, WA 98605


Izak V. Riley
8 Hollow Crest Dr.
White Salmon, WA 98672


Jack Vaughan
1276 Hwy 141
White Salmon, WA 98672


James Marmitter
6650 Hwy 35, Apt 4
Mt Hood, OR 97041
```

Jaylin Dale Trucking LLC
POB 107
Glenwood, WA 98619


John Schuett
8212 75th St NE
Marysville, WA 98270


Jonathan Lockwood
650 Harms Rd
Centerville, WA 98613


Joseph Sigrest
POB 2232
White Salmon, WA 98672


Josh Trager
801 NE 112th Ave
Vancouver, WA 98684


Jubitz Fleet Services
POB 11251
Portland, OR 97211


K & A Trucking LLC
c/o Alex Riley, RA
1380 N Main Ave
White Salmon, WA 98627


K&A Trucking LLC
c/o Justin D. Leigh, Esq
PO Box 855
Goldendale, WA 98620


K&A Trucking LLC & Air Resources LL
c/o Justin D. Leigh, Esq
PO Box 855
Goldendale, WA 98620

K&A Trucking, LLC
Attn: Alex Riley
POB 784
The Dalles, OR 97058


Klickitat County Auditor
205S. Columbus Ave, Room 203
Goldendale, WA 98620


Klickitat County Office of Assessor
Attn: Billi Jean Bare
205 S Columbus, Rm 200 MS CH-1
Goldendale, WA 98620


Klickitat County Treasurer
Attn: Greg Gallagher
205 S Columbus Ave Rm 201
Goldendale, WA 98620


Klickitat PUD
POB 187
White Salmon, WA 98672


Laurence Wanambisi
761 Douglas Ln
Camano Island, WA 98282


Lehigh Northwest Cement Company
Attn: Blake Hall
300 E John Carpentar Frwy
Irvin, TX 75062


Leslie Ellson
POB 464
Bingen, WA 98605

```
Mark E. Golman, Esq.
Phillips Murrah P.C.
3710 Rawlins St, Ste 900
Dallas, TX 75219


Matthew M. Riley
1380 N Main Ave
White Salmon, WA 98672


Matthew Riley
1380 N Main Ave
White Salmon, WA 98672


Mitsubishi Turbocharger & Eng Am
c/o CT Corp Sytem RA
711 Capitol Way S, Ste 204
Olympia, WA 98501


Mitsubishi/ENGS
Attn: Jim Zalewski
1 Pierce Place, Ste 1100 West
Itasca, IL 60143


Mitsubishi/ENGS
Attn: Jim Zalewski
POB 71347
Chicago, IL 60694


Mt Adams Chamber of Commerce
POB 449
White Salmon, WA 98672


Northwest Casing Service
11618 NE Sumner St
Portland, OR 97220
```

```
OR Employment Dept
Attn.: Tax Unit 02
POB 4395
Portland, OR 97208


Oregon Attorney General
Department of Justice
1162 Court St NE
Salem, OR 97301


Oregon Employment Department
875 Union Street NE
Salem, OR 97311


Paco's Tire Service
118 NE Nickols St
White Salmon, WA 98672


Parkers Trucking Co
8907 179th St East
Puyallup, WA 98375


Personnel Concepts
3031 N Rocky Pointe W, Ste 600
Tampa, FL 33607


Peterson CAT
POB 2218
San Leandro, CA 94577


Port of Hood River
1000 E Port Marina Dr
Hood River, OR 97031


Port of Hood River
Attn: Michael S. McElwee Exec. Dir
1000 E Port Marina Dr
Hood River, OR 97031
```

Port of Hood River
c/o Jerry J. Jaques, Esq
PO Box 457
Hood River, OR 97031


Potter Webster
POB 11229
Portland, OR 97211


Powerscreen of Washington
7915 S 261st St
Kent, WA 98032


PR Kaseberg
309 E 2nd St
The Dalles, OR 97058


Progressive
Dept 0561
Carol Stream, IL 60121


Puget Sound clean Air Agency
1904 3rd Ave. Ste 105
Seattle, WA 98101


QCL Inc.
POB 1058
Ephrata, WA 98823


Ray Walker III
803 Snowden Rd
White Salmon, WA 98672


Reece Construction Co
POB 1531
Marysville, WA 98270

Regions Bank, Inc.
c/o Corporation Service Company
300 Deschutes Way SW, # 208 MCCSC1
Olympia, WA 98501


Richard James & Assoc
4317 NE Thurston Way, Ste 270
Vancouver, WA 98662


Riley Brothers
POB 1078
Goldendale, WA 98620


Robert Cook
125 Cox Rd
White Salmon, WA 98672


Robert D Russell CPA
14993 SE 82nd Dr
Clackamas, OR 97015


Roger Huffsmith
1114 WA-141
White Salmon, WA 98672


Salt River Material Group (SRMG)
8800 E Chaparral Rd, Ste 155
Scottsdale, AZ 85250


Sapient Law
425 NW 10th Ave, Ste 200
Portland, OR 97209


Sergio Medina
852 Hostetler Way
The Dalles, OR 97058

Series One of Twin Creeks
c/o Green Diamond Mgmt
1301 5th Ave
Seattle, WA 98101


Series One of Twin Creeks
Attn.: Jon Cole C/O Green Diam
1301 Fifth Ave, Ste 2700
Seattle, WA 98101


Shannon Huffsmith
7 Canyon Rd
Lyle, WA 98635


Sharon Mason
5 Daisy Lane
White Salmon, WA 98672


Signature Financial LLC
nka Flagstar Financial & Leasing LL
224 Broadhollow Rd, Ste 132W
Melville, NY 11747


Slinde Nelson
425 NW 10th Ave, Ste 200
Portland, OR 97209


Southern Tire Mart Mesa #609
POB 1000
Dept 143
Memphis, TN 38148


Southwest Concrete
POB 188
Cathlamet, WA 98612


Stewart Radiator
732 E 24th
The Dalles, OR 97058

Stilly Auto Parts, LLC
220 N West Ave
Arlington, WA 98223


Stotz Equipment
197 W Warner Rd
Chandler, AZ 85225


Strawberry Mt
1308 N Main Ave
White Salmon, WA 98672


Sunbelt Rentals
POB 409211
Atlanta, GA 30384


Tenneson Engineering Corporation
3775 Crates Way
The Dalles, OR 97058


The Euchlid Chemical Company
International Recovery Group
PO Box 23892
Portland, OR 97223


The Euclid Chemical Company
POB 932674
Cleveland, OH 44193


Tim Swidecki Trucking, LLC
534 Overhulse Rd NW
Olympia, WA 98502


Todd Williams, Esq
Corr Cronin LLP
1015 Second Ave, FLoor 10
Seattle, WA 98104

```
Toro Trucking Academy
4441 NE Crystal Ln
Portland, OR 97218


Trans Lease
Attn: Andy Bruns
POB 172686
Denver, CO 80217


Trans Lease, Inc.
c/o Harry L. Simon, Esq
10200 E. Girard Ave Bldg B #120
Denver, CO 80231


Trans Lease, Inc.
c/o Corporation Service Co, RA
300 Deschutes Way SW, # 208 MCCSC1
Olympia, WA 98501


Trans Lite, Inc.
13489 SE Hwy 212
Clackamas, OR 97015


Transco Northwest, Inc
POB 88002
Seattle, WA 98138


Ubiquity 401K
44 Montgomery St
San Fransico, CA 94104


United Rentals
3820 E Winslow Ave
Phoenix, AZ 85040


US Transport & Logistics
POB 561587
Denver, CO 80256
```

Verizon
PO Box 489
Newark, NJ 07101


Versatile Supply Inc.
POB 267
Bingen, WA 98605


WA Dept of Ecology
POB 47611
Olympia, WA 47611


WA Dept of Labor & Industries
312 SE Stonemill Dr, Ste 120
Vancouver, WA 98684


WA Dept of Revenue
POB 1648
Vancouver, WA 98668


WA Employment Security Dept
POB 9046
Olympia, WA 98507


Wade Terry
12512 W Highland Rd
Nine Mile Falls, WA 99026


Washington Dept of Labor
and Industries Collections
PO Box 44171
Olympia, WA 98504-4171


Washington State Attorney General
Bob Ferguson, Attorney General
PO Box 40100
Olympia, WA 98504

```
Washington State Department
of Revenue - BK/Claims Unit
Unit 2101 4th Ave #1400
Seattle, WA 98121-2300


Washington Trucking
PO Box 3279
Arlington, WA 98223


Wells Fargo Equipment Finanace, Inc
733 Marquette Ave, Ste 700
Minneapolis, MN 55402
```