COMMERCIAL INDUSTRIAL AUCTIONEERS
PO BOX 33978
PORTLAND, OR 97292
503-760-0499 FAX 503-762-3858

Consignor unsold Lot Report For Auction: June 21st 2025 Online Auction

Seller 4
Rapid Readymix
John Munding

Phone ( ) -
Phone2 ( ) -
Fax ( ) -

| Lot Num. | Description | Seller |
|---|---|---|
| 117 | 2019 MODASA MP-281 28KW TOW BEHIND DIESEL GENERATOR, 35KVA, PERKINS 186L 4 CYL DIESEL, DSE CONTROLS, METER READS 2,555, SER#: X26426D, MOUNTED ON A 2019 S&B SINGLE AXLE TRAILER, 2 5/16" ADJUSTABLE BALL, VIN#: 51FBG1310KG004696 | 4 |
| 118 | SINGLE AXLE BLOWER TRAILER, CUMMINS 4BT-3.9 4 CYL DIESEL, GARDNER DENVER CYCLOBLOWER ROTARY POSITIVE BLOWER, 4" OUTLET, *NO KEY - RUNNING CONDITION UNKNOWN, *SER# UNKNOWN | 4 |
| 121 | SULLAIR SULLISCREW 185 SINGLE AXLE TOW BEHIND AIR COMPRESSOR, JOHN DEERE 4219DF-01 4 CYL DIESEL, PINTLE HITCH, *RUNNING CONDITION UNKNOWN, *SER# UNKNOWN | 4 |
| 180 | CATERPILLAR 980C WHEEL LOADER, CAT 3406 6 CYL TURBODIESEL, 4F/4R, 130" CWS LOADER BUCKET, 29.5-25 TIRES, LOADRITE LR915 LOAD SCALE, ENCLOSED CAB W/ FRONT/REAR WIPERS & FAN, METER READS 35,458, SER#: 2XD00862 | 4 |
| 181 | 2018 CATERPILLAR 950G 4X4 WHEEL LOADER, ARTICULATED STEERING, C7 6 CYL TURBODIESEL, 4F/4R, 115" BUCKET, ENCLOSED CAB W/ AC, FRONT/REAR WIPERS, MAXAM MS302 23.5R25 TIRES, METER READS 2967, SER#: CAT00950CM5T00775 | 4 |
| 182 | 1999 GMC 3500 BOX TRUCK 5.7L V8, AUTO, TL, AC, AM/FM, SUMMIT 12' BOX, LIFTGATE, TRANSLUCENT ROOF, ROLL UP DOOR, DRW, METER READS 172,064, *NON-RUNNING Miles/Hours:EXEMPT ID#:1GDJC34RXXF094493 | 4 |
| 186 | 2001 GENIE S-65 4X4 TELESCOPING BOOM LIFT, DEUTZ 4 CYL DIESEL, 71' 2" MAX HEIGHT, 51' 2" MAX REACH, 600LB PLATFORM MAX CAPACITY, METER READS 7683, *HYDRAULIC LEAK IN HOSES TO BASKET, SER#: S60-6948 | 4 |
| 187 | 2009 FREIGHTLINER COLUMBIA DAY CAB DETROIT SERIES 60 6 CYL TURBODIESEL, EATON FULLER 10-SPEED, AIR SUSPENSION, AIR SLIDE 5TH WHEEL, AIR RIDE CAB, AIR RIDE SEAT, DUAL ALUMINUM FUEL TANKS, TL, CR, AC, 295/75R22.5 REAR/STEER TIRES, 52,000 GVWR, METER READS 394,521, *TOWED IN - NON-RUNNING Miles/Hours:EXEMPT ID#:1FUJA6CK09DAJ5987 | 4 |
| 205 | 1998 BEALL BABDS-15-X TANDEM AXLE ALUMINUM BELLY DUMP TRAILER, 14.5 CU YARD CAPACITY, CLAM GATE, SPRING SUSPENSION, 425/65R22.5 TIRES ON ALCOA WHEELS, 64,000 GVWR, PINTLE HITCH ID#:1BN2P3221WP028306 | 4 |
| 206 | 1998 BEALL TRIAXLE ALUMINUM PUP BELLY DUMP TRAILER, 14.5 CU YARD CAPACITY, CLAM GATE, SPRING SUSPENSION, ALCOA WHEELS, 11R22.5 REAR TIRES, 425/65R22.5 FRONT TIRES, 54,000 GVWR, PINTLE HITCH ID#:1BN1P2632WP028307 | 4 |

Ex. A-1

**COMMERCIAL INDUSTRIAL AUCTIONEERS**
PO BOX 33978
PORTLAND, OR 97292
503-760-0499  FAX 503-762-3858

Consignor unsold Lot Report For Auction: June 21st 2025 Online Auction

Seller 4
Rapid Readymix
John Munding

Phone   ( ) -
Phone2  ( ) -
Fax     ( ) -

| Lot Num. | Description | Seller |
|---|---|---|
| 207 | 1978 PULLMAN B32C-5CDT 40' TANDEM AXLE PNEUMATIC DRY BULK TANK TRAILER, 950 CU FT CAPACITY, BOTTOM DISCHARGE, SPRING SUSPENSION, 445/50R22.5 TIRES, 54,400 GVWR, 5TH WHEEL HITCH ID#:S41438 | 4 |
| 208 | 1973 J&L 2192 TANDEM AXLE PNEUMATIC DRY BULK TANK TRAILER, 570 CU FT CAPACITY, SPRING SUSPENSION, ULTRAFLO VALVES, BOTTOM DUMP, 11R24.5 TIRES, 32,000 GVWR, PINTLE HITCH, *FULL OF CONCRETE MIX ID#:78231HS | 4 |
| 209 | 2021 MGL 836X 80' X 36" PORTABLE RADIAL WHEEL CONVEYOR, CUMMINS 4 CYL TURBODIESEL, RUBBER BELT, HYDRAULIC HEAD FOLD & RAISE/LOWER POWER UNIT, 235/75R17.5 TIRES, SER#: 836X176 | 4 |
| 210 | CEMCO 275 65' X 12' PORTABLE SELF ERECTING CONCRETE BATCH PLANT, (3) AGGREGATE BINS, 30" TROUGH CONVEYOR SYSTEM, JOHN DEERE 4045HF485 4 CYL DIESEL (METER READS 5038) & CONTROLS INC CONTROLS, 200GAL HYDRUALIC TANK, 91GAL DIESEL TANK, 2" HYDRAULIC WATER PUMP, CEMENT SILO, HYDRAULIC LEVELING JACKS, 40CFM AIR COMPRESSOR, SUPPORT JACK SCREWS, TANDEM AXLES W/ 255/70R22.5 TIRES, SER#: 12640513-265, & CEMCO 40' X 12' 75TON SELF ERECTING AUXILIARY SILO W/ SCREW AUGER, (8) SUPPORT JACKS, SINGLE AXLE 235/75R17.5 TIRES, SER#: 1430513-143 | 4 |
| 210A | 1985 CHEVROLET CUSTOM DELUXE 4X4 BOX TRUCK 6.2L V8 DIESEL, AUTO, TOW PACKAGE, METER READS 36,991 Miles/Hours:36,991 ID#:1GCHD34J2FF368696 | 4 |
| 212 | 2023 PROFAB DURA HAUL XLS 40' X 96" TANDEM AXLE BELLY DUMP TRAILER, 23.5 CU YARD CAPACITY, 6" BANG BOARDS, STEEL GATES W/ BAR STOPS, 11R22.5 TIRES, 68,000 GVWR, 5TH WHEEL HITCH ID#:3P9KT4027P1038011 | 4 |
| 213 | 1997 BEALL 4-AXLE ALUMINUM PUP DUMP TRAILER, TRUCK WELD PTEREA-4 15-16 YARD ALUMINUM DUMP BOX, STEERABLE FRONT AXLE, SPREADER GATE, SPRING SUSPENSION, 385/65R22.5 TIRES ON ALUMINUM WHEELS, 55,000 GVWR, PINTLE HITCH ID#:1BN1P1741UK110010 | 4 |
| 214 | 1997 BEALL 4-AXLE ALUMINUM PUP DUMP TRAILER, TRUCK WELD PTEREA-4 15-16 YARD ALUMINUM DUMP BOX, STEERABLE FRONT AXLE, SPREADER GATE, SPRING SUSPENSION, 425/65R22.5 TIRES ON ALUMINUM WHEELS, 50,000 GVWR, PINTLE HITCH ID#:1BN1P1749VK110000 | 4 |
| 217 | 2017 LOAD KING 503/554 SSSF TRIAXLE LOW BOY TRAILER, 25' X 102" DECK W/ REMOVABLE GOOSENECK, SELF-CONTAINED W/ GAS ENGINE, WELL, AIR SUSPENSION, 5TH WHEEL HITCH, AIR LIFT 3RD AXLE, 255/70R22.5 TIRES, 32,940 GVWR ID#:5LKL53352H1030051 | 4 |

*Ex A-2* (handwritten)

COMMERCIAL INDUSTRIAL AUCTIONEERS
PO BOX 33978
PORTLAND, OR 97292
503-760-0499 FAX 503-762-3858

Consignor unsold Lot Report For Auction: June 21st 2025 Online Auction

Seller 4
Rapid Readymix
John Munding

Phone ( ) -
Phone2 ( ) -
Fax ( ) -

| Lot Num. | Description | Seller |
|---|---|---|
| 233 | 2006 FORD F-550 XL 4X4 SUPER DUTY SERVICE TRUCK, POWERSTROKE V8 TURBODIESEL, AUTO, AC, AM/FM, COBALT 6-BAY 12' UTILITY BOX, DRW, IMT, 2820 ROTATING CRANE, AIR COMPRESSOR W/ HOSE REEL, HEADACHE RACK, REAR STABILIZERS, METER READS 276,931 Miles/Hours:EXEMPT ID#:1FDAF57F66EC24853 | 4 |
| 240 | 2008 PETERBILT 384 TANDEM AXLE SLEEPER CAB, CAT C13 ACERT 6 CYL TURBODIESEL, EATON FULLER 10-SPEED, AIR SUSPENSION, AIR SLIDE 5TH WHEEL, AIR RIDE CAB, AIR RIDE SEATS, DUAL FUEL TANKS, UNIBILT ULTRACAB SLEEPER W/ REAR CONTROLS, PW, CR, AC, AM/FM/CD, CHELSEA PTO, 445/50R22.5 REAR TIRES, 235/17R22.5 STEER TIRES, ALCOA WHEELS, METER READS 1,102,938 Miles/Hours:EXEMPT ID#:1XPVDU9X88D765252 | 4 |
| 245 | 2015 PETERBILT 579 TANDEM AXLE HIGH ROOF SLEEPER CAB, 12.9L PACCAR MX-13 6 CYL TURBODIESEL, EATON FULLER 10-SPEED, AIR SUSPENSION, AIR SLIDE 5TH WHEEL, AIR RIDE CAB, DUAL ALUMINUM FUEL TANKS, AIR RIDE SEATS, ALUMINUM WHEELS, SLEEPER W/ REFRIGERATOR/FREEZER, COOKTOP, CLIMATE CONTROLS, PD, PW, PM, TL, CR, AC, AM/FM/BLUETOOTH TOUCHSCREEN, 11R22.5 DRIVE TIRES, 295/75R22.5 STEER TIRES, METER READS 712,006 Miles/Hours:712,006 ID#:1XPBDP9X3FD254789 | 4 |
| 246 | 1989 KENWORTH T800 TANDEM AXLE DUMP TRUCK CAT 3406 6 CYL TURBODIESEL, EATON FULLER 10-SPEED, BEALL TRUCKWELD TWEA-15 15' 11-14 YARD DUMP BOX W/ SPREADER GATE, STEERABLE DROP AXLE, CHELSEA PTO, AC, AIR RIDE SEAT, ALUMINUM WHEELS, 11R24.5 REAR TIRES, 315/80R22.5 STEER TIRES, PINTLE HITCH, METER READS 209,064, *BAD DIFFERENTIAL Miles/Hours:EXEMPT ID#:2XKDDB9X2KM921227 | 4 |
| 249 | 2008 PETERBILT 384 TANDEM AXLE SLEEPER CAB, CAT C13 6 CYL TURBODIESEL, EATON FULLER 10-SPEED, AIR SUSPENSION, AIR RIDE CAB, AIR RIDE SEATS, AIR SLIDE 5TH WHEEL, DUAL ALUMINUM FUEL TANKS, CR, AC, AM/FM/CD, SLEEPER W/ REAR CONTROLS, ALUMINUM WHEELS, 295/75R22.5 REAR TIRES, 11R22.5 STEER TIRES, METER READS 1,114,514 Miles/Hours:EXEMPT ID#:1XPVDU9X38D765255 | 4 |
| 250 | 1995 FORD F-800 FLATBED TRUCK CUMMINS 5.9L TURBODIESEL, 6-SPEED MANUAL, 20' FLATBED W/ WOOD DECK, DIAMOND PLATE STORAGE BOXES, CHELSEA PTO, HEADACHE RACK, METER READS 130,626, *TOWED IN - DRIVETRAIN NOISE, *MECHANICAL ISSUE Miles/Hours:EXEMPT ID#:1FDPF80C65VA27100 | 4 |
| 263 | POLARIS RANGER 1000 6-PERSON 4X4 UTV, 1000CC 50HC GAS, MANUAL DUMP BOX, ROOPS, H/L/N/R, TOW PACKAGE, METER READS 2,249 (520 HRS) ID#:4XAT6L990N8413241 | 4 |
| 1255 | GILSON HM-30 CONCRETE AIR METER KIT & HUMBOLDT CONCRETE MOISTURE TEST KIT | 4 |
| 1352 | TOPCON TP-L5 PIPE LASER W/ RC200 REMOTE CONTROL (IN CASE) | 4 |

Number of Lots : 28

Ex A-3

## PART 8 - MACHINERY, EQUIPMENT AND VEHICLES
### Question 47 - *Cars, vans, trucks, tractors, sport utility vehicles, motorcycles*

| MAKE | MODEL | YEAR | MILEAGE | DATE OF PURCHASE | CURENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|---|---|
| Terex | Advance FDB7000 | 2022 | Unknown | 11/8/2022 | $ 274,500.00 |
| Terex | Advance FDB7000 | 2022 | Unknown | 11/8/2022 | $ 274,500.00 |
| Terex | Advance FDB7000 | 2022 | Unknown | 11/8/2022 | $ 274,500.00 |
| Terex | Advance FDB7000 | 2022 | Unknown | 11/8/2022 | $ 274,500.00 |
| Terex | Advance FDB7000 | 2020 | Unknown | 11/8/2022 | $ 274,500.00 |
| Chevrolet | Suburban | 2017 | Unknown | Unknown | $ 40,500.00 |
| Kenworth | T800 | 2004 | Unknown | 2019 | $ 35,100.00 |
| Freightliner | Semi Truck NDay Cab | 2009 | Unknown | 11/16/2022 | $ 34,200.00 |
| Chevrolet | Colorado 4WD | 2017 | Unknown | 9/7/2022 | $ 28,800.00 |
| Peterbilt | Sleeper Cab 579 | 2015 | Unknown | 5/24/2021 | $ 31,500.00 |
| Ford | F550 Service Truck | 2006 | Unknown | 5/18/2020 | $ 22,500.00 |
| Peterbilt | 384 Semi Truck | 2008 | Unknown | 2/17/2022 | $ 20,700.00 |
| Peterbilt | 384 Semi Truck | 2008 | Unknown | 2/17/2022 | $ 20,700.00 |
| Chevrolet | Silverado | 2014 | Unknown | 10/3/2022 | $ 18,000.00 |
| Kenworth | Dump Truck | 1989 | Unknown | 2/14/2022 | $ 49,500.00 |
| Fruehauf | Powder Trailer | 1972 | NA | 12/1/2022 | $ 22,500.00 |
| Riteway | Mixer (2006 Glider Kit) | 1972 | Unknown | 1/10/1976 | $ 99,000.00 |
|  | KVM42 Pump Truck | 1995 | Unknown | Unknown | $ 76,500.00 |
| Boyd | Powder Trailer | 1986 | NA | 12/30/2022 | $ 18,000.00 |
| Boyd | Powder Trailer | 1986 | NA | 12/30/2022 | $ 18,000.00 |
| LBT | 4 Bin Powder Trailer | 1997 | NA | Unknown | $ 22,500.00 |
| Oshkosh | Mixer (2005 Glider Kit) | 1978 | Unknown | 9/24/1977 | $ 27,000.00 |
| Oshkosh | Mixer (2005 Glider Kit) | 1978 | Unknown | 3/29/1979 | $ 27,000.00 |
| Terex | Advance Mixer | 1997 | Unknown | 4/9/2019 | $ 25,200.00 |
| Terex | 8X4 Front Discharge Mixer | 2007 | Unknown | 12/27/2022 | $ 27,000.00 |
| Terex | Advance Mixer | 1997 | Unknown | 4/6/2022 | $ 27,000.00 |
| Terex | Advance | 1985 | Unknown | 5/14/1985 | $ 22,500.00 |
| Mack | 47 Meter Schwing Pump | 1995 | Unknown | 8/30/2019 | $ 67,500.00 |
|  |  |  |  | Total: | $ 2,153,700.00 |

Ex. B-1

Page 1 of 1

PART 8 - MACHINERY, EQUIPMENT AND VEHICLES
Question 50 - *Other machinery, fixtures, & equip (excluding farm machinery/equip)*

| DESCRIPTION | AGE | DATE OF PURCHASE | VALUE | CURRENT NET BOOK VALUE OF DEBTOR'S INTEREST | VALUATION METHOD USED |
|---|---|---|---|---|---|
| 2018 Caterpillar 950GC Med Wheel Loader | 6 yrs | Unknown | $ 210,500.00 | Unknown | Appraisal |
| 2014 Cemco 275-2DSS Batch Plant | 10 yrs | 5/10/2021 | $ 875,000.00 | Unknown | Appraisal |
| 2020 27-4D Batch Plant | 4 yrs | 8/23/2021 | $ 1,100,000.00 | Unknown | Appraisal |
| 2020 Hitatchi ZW180 Loader | 4 yrs | 4/21/2021 | $ 195,000.00 | Unknown | Appraisal |
| 2020 Hitatchi ZW180 Loader | 4 yrs | 4/21/2021 | $ 195,000.00 | Unknown | Appraisal |
| 2020 Premiertrak 40 Jaw Crusher | 4 yrs | 2022 | $ 580,000.00 | Unknown | Appraisal |
| McNelious Batchmaster 12 Batch Plant | Unknown | Unknown | $ 843,000.00 | Unknown | Appraisal |
| 2020 Aux Silo | 4 yrs | Unknown | $ 185,000.00 | Unknown | Appraisal |
| 2015 Chamelion Color System | 9 yrs | Unknown | $ 150,000.00 | Unknown | Appraisal |
| 2020 Feeder - 4 Bin | 4 yrs | Unknown | $ 102,000.00 | Unknown | Appraisal |
| 1972 Spomac Batch Plant | 52 yrs | 3/1/1981 | $ 85,000.00 | Unknown | Appraisal |
| 2013 Caterpillar XQ30 Generator on Trailer | 11 yrs | 4/1/2022 | $ 85,000.00 | Unknown | Appraisal |
| Bingen Batch Plant & Silo | Unknown | 7/1/1973 | $ 85,000.00 | Unknown | Appraisal |
| Yellow Silo | Unknown | Unknown | $ 80,000.00 | Unknown | Appraisal |
| 70 X 10 Port Scale 670C10-Si | Unknown | 1/20/1989 | $ 65,000.00 | Unknown | Appraisal |
| 2021 Suix Boiler | 3 yrs | Unknown | $ 49,000.00 | Unknown | Appraisal |
| 2021 Suix Boiler | 3 yrs | Unknown | $ 49,000.00 | Unknown | Appraisal |
| 2014 Conveyor | 10 yrs | Unknown | $ 40,000.00 | Unknown | Appraisal |
| 2014 Conveyor | 10 yrs | Unknown | $ 40,000.00 | Unknown | Appraisal |
| 1998 Caterpillar 980C Front End Loader | 26 yrs | 8/30/2019 | $ 75,000.00 | Unknown | Appraisal |
| 1994 Linkbelt LC4300 Excavator | 30 yrs | Unknown | $ 30,000.00 | Unknown | Appraisal |
| Test Weights | Unknown | 10/16/1989 | $ 30,000.00 | Unknown | Appraisal |
| | | TOTAL: | $ 5,148,500.00 | | |

Ex. B-2

## LIQUIDATION ANALYSIS

### Real Estate

| Description | Property Address | Estimated Gross Sales Price/Value | Commission & Closing Costs (est. 8%) | Less Liens/ Mortgages | Net to Seller Before Taxes | Available for Creditors |
|---|---|---|---|---|---|---|
| Bingen Real Estate | 900 E Steuben St., Bingen, WA | 8,000,000.00 | 640,000.00 | 2,881,511.59 | 4,478,488.41 | 4,478,488.41 |
| | Encumbrances (Alphabetical Order): Drake Cement ($1,132800.98); Klickitat County Taxes ($10,816.42); LeHigh Northwest Cement Co. ($1,737,894.19) | | | | | |
| Subtotal, Equity (if any) in Real Estate | | 8,000,000.00 | 640,000.00 | 2,881,511.59 | 4,478,488.41 | 4,478,488.41 |

### Schedule B - Personal Property

| Description | Description of Asset | Value | Costs of Liquidation (est. 15%) | Less Liens/ Mortgages | Net Value | Available for Creditors |
|---|---|---|---|---|---|---|
| 1st Security Bank | Cash and Checking accts | 14.41 | | 0.00 | 14.41 | 14.41 |
| 1st Security Bank | Cash and Checking accts | 31.66 | | 0.00 | 31.66 | 31.66 |
| Umpqua Bank | Cash and Checking accts | 103.15 | | 0.00 | 103.15 | 103.15 |
| Umpqua Bank | Cash and Checking accts | 0.00 | | 0.00 | 0.00 | 0.00 |
| Accounts Receivable | Accounts Receivable | 393,091.84 | 58,963.78 | 0.00 | 334,128.06 | 334,128.06 |
| Accounts Receivable (Over 90) | Accounts Receivable | 465,490.31 | 69,823.55 | 0.00 | 395,666.76 | 395,666.76 |
| Raw Materials | Inventory | 65,000.00 | 9,750.00 | 0.00 | 55,250.00 | 55,250.00 |
| Office Furniture | Office Furniture, Fixtures, … | 300.00 | 45.00 | 0.00 | 255.00 | 255.00 |
| Computer, Etc. | Office Furniture, Fixtures, … | 500.00 | 75.00 | 0.00 | 425.00 | 425.00 |
| Terex Advance FDB7000 | Vehicle | 232,000.00 | 34,800.00 | 186,934.23 | 10,265.77 | 10,265.77 |
| Terex Advance FDB7000 | Vehicle | 232,000.00 | 34,800.00 | 186,244.28 | 10,955.72 | 10,955.72 |
| Terex Advance FDB7000 | Vehicle | 232,000.00 | 34,800.00 | 186,244.28 | 10,955.72 | 10,955.72 |
| Terex Advance FDB7000 | Vehicle | 244,000.00 | 36,600.00 | 32,941.33 | 174,458.67 | 174,458.67 |
| Terex Advance FDB7000 | Vehicle | 244,000.00 | 36,600.00 | 32,941.33 | 174,458.67 | 174,458.67 |
| Terex Advance FDB7000 | Vehicle | 244,000.00 | 36,600.00 | 357,251.14 | -149,851.14 | 0.00 |
| Terex Advance FDB7000 | Vehicle | 244,000.00 | 36,600.00 | 357,251.14 | -149,851.14 | 0.00 |
| Terex Advance FDB7000 | Vehicle | 244,000.00 | 36,600.00 | 275,469.26 | -68,069.26 | 0.00 |
| Suburban | Vehicle | 36,000.00 | 5,400.00 | 0.00 | 30,600.00 | 30,600.00 |
| T800 | Vehicle | 31,200.00 | 4,680.00 | 0.00 | 26,520.00 | 26,520.00 |
| Semi Truck Nday Cab | Vehicle | 30,400.00 | 4,560.00 | 0.00 | 25,840.00 | 25,840.00 |
| Colorado 4WD | Vehicle | 25,600.00 | 3,840.00 | 0.00 | 21,760.00 | 21,760.00 |
| Sleeper Cab 579 | Vehicle | 28,000.00 | 4,200.00 | 0.00 | 23,800.00 | 23,800.00 |
| F550 Service Truck | Vehicle | 20,000.00 | 3,000.00 | 0.00 | 17,000.00 | 17,000.00 |
| 384 Semi Truck | Vehicle | 18,400.00 | 1,288.00 | 0.00 | 17,112.00 | 17,112.00 |
| 384 Semi Truck | Vehicle | 18,400.00 | 1,288.00 | 0.00 | 17,112.00 | 17,112.00 |
| Silverado | Vehicle | 16,000.00 | 1,120.00 | 0.00 | 14,880.00 | 14,880.00 |
| Dump Truck | Vehicle | 44,000.00 | 3,080.00 | 0.00 | 40,920.00 | 40,920.00 |
| Mixer (2006 Glider Kit) | Vehicle | 20,000.00 | 1,400.00 | 0.00 | 18,600.00 | 18,600.00 |
| KVM42 Pump Truck | Vehicle | 88,000.00 | 6,160.00 | 0.00 | 81,840.00 | 81,840.00 |
| Powder Trailer | Vehicle | 68,000.00 | 4,760.00 | 0.00 | 63,240.00 | 63,240.00 |
| Powder Trailer | Vehicle | 16,000.00 | 1,120.00 | 0.00 | 14,880.00 | 14,880.00 |
| Mixer (2005 Glider Kit) | Vehicle | 16,000.00 | 1,120.00 | 0.00 | 14,880.00 | 14,880.00 |

All figures are subject to change until reviewed with tax counsel and/or CPA.  10/16/2024

Ex. B-3

Exhibit B – Page 1 of 3
24-00310-WLH7   Doc 194   Filed 10/16/24   Entered 10/16/24 15:14:44

| Item | Type | | | | | |
|---|---|---|---|---|---|---|
| Mixer (2005 Glider Kit) | Vehicle | 20,000.00 | 1,400.00 | 0.00 | 18,600.00 | 18,600.00 |
| Advance Mixer | Vehicle | 24,000.00 | 1,680.00 | 0.00 | 22,320.00 | 22,320.00 |
| 8x4 Front Discharge Mixer | Vehicle | 24,000.00 | 1,680.00 | 0.00 | 22,320.00 | 22,320.00 |
| Advance Mixer | Vehicle | 22,400.00 | 1,568.00 | 0.00 | 20,832.00 | 20,832.00 |
| Advance Mixer | Vehicle | 24,000.00 | 1,680.00 | 0.00 | 22,320.00 | 22,320.00 |
| 47 Meter Schwing Pump | Vehicle | 24,000.00 | 1,680.00 | 0.00 | 22,320.00 | 22,320.00 |
| 2018 Caterpillar 950GC Med Wheel Loader | Equipment | 210,500.00 | 14,735.00 | 110,299.58 | 85,465.42 | 85,465.42 |
| 2014 Cemco 275-2DSS Batch Plant | Equipment | 875,000.00 | 61,250.00 | 320,226.94 | 493,523.06 | 493,523.06 |
| 2020 27-4D Batch Plant | Equipment | 1,100,000.00 | 77,000.00 | 416,478.92 | 606,521.08 | 606,521.08 |
| 2021 MGL 836X Wheeled Conveyor - Serial #S36X176 | Equipment | | | 0.00 See Above | | 0.00 |
| 2000 Trailmobile Office Trailer | Equipment | | | 0.00 See Above | | 0.00 |
| 2020 Hitatchi ZW180 Loader | Equipment | 195,000.00 | 13,650.00 | 91,421.98 | 89,928.02 | 89,928.02 |
| 2020 Hitatchi ZW180 Loader | Equipment | 195,000.00 | 13,650.00 | 91,421.98 | 89,928.02 | 89,928.02 |
| 2020 Powerscreen- Premiertrak 40 Jaw Crusher | Equipment | 580,000.00 | 40,600.00 | 578,388.20 | -38,988.20 | 0.00 |
| 1998 Beal Belly Dump Tailer | Equipment | 80,000.00 | 5,600.00 | 300,000.00 | -225,600.00 | 0.00 |
| XXXX Gasser Trailer | Equipment | 30,000.00 | 2,100.00 | 225,600.00 | -197,700.00 | 0.00 |
| 1977 Kenworth W900-A Crane | Equipment | 45,000.00 | 3,150.00 | 197,700.00 | -155,850.00 | 0.00 |
| 2023 Durahaul Belly Dump Trailer | Equipment | 40,000.00 | 2,800.00 | 155,850.00 | -118,650.00 | 0.00 |
| 2020 Hitatchi Loader | Equipment | 195,000.00 | 13,650.00 | 118,650.00 | 62,700.00 | 62,700.00 |
| 2017 Trail King Lowboy Trailer | Equipment | 125,000.00 | 8,750.00 | 0.00 | 116,250.00 | 116,250.00 |
| 1996 Kenworth T800B | Equipment | 80,000.00 | 5,600.00 | 0.00 | 74,400.00 | 74,400.00 |
| 1997 Beall Pup Trailer | Equipment | 35,000.00 | 2,450.00 | 0.00 | 32,550.00 | 32,550.00 |
| McNelious Batchmaster 12 Batch Plant | Equipment | 843,000.00 | 59,010.00 | | 783,990.00 | 783,990.00 |
| 2020 Aux Silo | Equipment | 185,000.00 | 12,950.00 | | 172,050.00 | 172,050.00 |
| 2015 Chamelion Color System | Equipment | 150,000.00 | 10,500.00 | | 139,500.00 | 139,500.00 |
| 2020 Feeder - 4 Bin | Equipment | 102,000.00 | 7,140.00 | | 94,860.00 | 94,860.00 |
| 1972 Spomac Batch Plant | Equipment | 85,000.00 | 5,950.00 | | 79,050.00 | 79,050.00 |
| 2013 Caterpillar XQ30 Generator on Trailer | Equipment | 85,000.00 | 5,950.00 | | 79,050.00 | 79,050.00 |
| Bingen Batch Plant & Silo | Equipment | 85,000.00 | 5,950.00 | | 79,050.00 | 79,050.00 |
| Yellow Silo | Equipment | 80,000.00 | 5,600.00 | | 74,400.00 | 74,400.00 |
| 70 X 10 Port Scale 670C10-Si | Equipment | 65,000.00 | 4,550.00 | | 60,450.00 | 60,450.00 |
| 2021 Suix Boiler | Equipment | 49,000.00 | 3,430.00 | | 45,570.00 | 45,570.00 |
| 2021 Suix Boiler | Equipment | 49,000.00 | 3,430.00 | | 45,570.00 | 45,570.00 |
| 2014 Conveyor | Equipment | 40,000.00 | 2,800.00 | | 37,200.00 | 37,200.00 |
| 2014 Conveyor | Equipment | 40,000.00 | 2,800.00 | | 37,200.00 | 37,200.00 |
| 1998 Caterpillar 980C Front End Loader | Equipment | 75,000.00 | 5,250.00 | | 69,750.00 | 69,750.00 |
| 1994 Linkbelt LC4300 Excavator | Equipment | 30,000.00 | 2,100.00 | | 27,900.00 | 27,900.00 |
| Test Weights | Equipment | 30,000.00 | 2,100.00 | | 27,900.00 | 27,900.00 |
| www.rapidreadymix.com | Intangibles & IP | 1,200.00 | 84.00 | | 1,116.00 | 1,115.00 |
| Note Receivables | Notes Receivable | 22,826.57 | 1,597.86 | | 21,228.71 | 21,226.71 |
| NOL Carryovers | Tax Attributes | 0.00 | 0.00 | | 0.00 | 0.00 |
| NY Life Insurance Policy | Insurance Policies | Unknown | | | | 0.00 |
| TCT Columbia Holdings Litigation (Dismissed) | Causes of Action | 0.00 | | | | 0.00 |
| Concrete Strategies Litigation* | Causes of Action* | 10,444,579.10 | | | 10,444,579.10 | 10,444,574.10 |

Concrete Strategies Litigation estimated for purposes of disclosure statement liquidation analysis only; the estimation of value is not intended and may not be used to limit the claim(s) assert or amount(s) sought by the Debtor in the underlying litigation. Debtor reserves all rights to pursue all amounts sought in the appropriate forum to the limit of applicable law. Estimated value based on prayer ($25,000,000), 50% chance of recovery, estimated attorney fees for recovery on claim ($1,300,000), and offset of $755,420.90 (per disputed Claim 28).

| | | | | | | |
|---|---|---|---|---|---|---|
| Subtotal, Equity (if any) in Personal Property | | $9,257,457.94 | | $4,221,314.59 | $4,147,205.17 | $15,696,336.01 |
| TOTALS: | | $17,257,457.94 | $640,000.00 | $7,102,826.18 | $8,625,693.58 | $20,174,824.42 |

All figures are subject to change until reviewed with tax counsel and/or CPA. 10/16/2024

| | | |
|---|---|---|
| **FROM EQUITY IN REAL ESTATE:** | | $4,478,488.41 |
| **FROM EQUITY IN PERSONAL PROPERTY:** | | $15,696,336.01 |
| **TOTAL EQUITY AVAILABLE FOR CREDITORS** | | $20,174,824.42 |
| | | |
| **LESS ADMINISTRATIVE EXPENSES:** | | |
| Sussman Shank LLP | $350,000.00 | |
| | $350,000.00 | ($350,000.00) |
| | | |
| **LESS CHAPTER 7 TRUSTEE FEES:** | | |
| **Calculation for Trustee's Commission** | | |
| Sale Price of Real Property (Less Exemption) | $8,000,000.00 | |
| Sale Price of Personal Property (Less Exemption) | $9,257,441.94 | |
| Subtotal: | $17,257,441.94 | |
| | | |
| 25% - First $5,000 | $1,250.00 | |
| 10% - $5,000 - $50,000 | $4,500.00 | |
| 5% - $50,000 - $1,000,000 | $860,372.10 | |
| 3% over $1,000,000 | $487,723.26 | |
| | $1,353,845.36 | ($1,353,845.36) |
| | | |
| **Subtotal, Available for Creditors** | | $18,470,979.06 |
| | | |
| **LESS PRIORITY CLAIMS:** | | |
| Internal Revenue Service | | $ 435,674.12 |
| State of Arizona | | $ 46,616.00 |
| State of Oregon | | $ 97,228.00 |
| State of Washington | | $ 278,354.98 |
| Employee Claims | | $ 26,777.00 |
| Hannah Riley (Withdrawal Pending) | | $ - |
| | | $884,650.10 |
| | | |
| **LESS "BLANKET" SECURED CLAIMS:** | | |
| 1st Security Bank | | $ 441,077.60 |
| InternaL Revenue Service | | $ 1,265,675.00 |
| Klickitat County Assessor | | $ 8,096.00 |
| WA Dept of Revenue | | $ 157,160.00 |
| | | 1,872,008.60 |
| | | |
| **TOTAL AVAILABLE FOR UNSECUREDS:** | | $15,714,320.36 |
| Total Unsecured Claims | | 4,934,226.00 |

Ex. B-5

All figures are subject to change until reviewed with tax counsel and/or CPA.   10/16/2024

# EXHIBIT A

Property Addresses:

900 E. Steuben St., Bingen, WA

List of Personal Property Included in Sale:

All assets, except for Retained Assets (as defined in the First Amended Chapter 11 Plan of Reorganization of Rapid Readymix Co.), including the following:

| | |
|---|---|
| Raw Materials | Inventory |
| Office Furniture | Equipment |
| Computer, Etc. | Equipment |
| Terex Advance FDB7000 | Vehicle |
| Terex Advance FDB7000 | Vehicle |
| Terex Advance FDB7000 | Vehicle |
| Terex Advance FDB7000 | Vehicle |
| Terex Advance FDB7000 | Vehicle |
| Terex Advance FDB7000 | Vehicle |
| Terex Advance FDB7000 | Vehicle |
| Terex Advance FDB7000 | Vehicle |
| Suburban | Vehicle |
| T800 | Vehicle |
| Semi Truck Nday Cab | Vehicle |
| Colorado 4WD | Vehicle |
| Sleeper Cab 579 | Vehicle |
| F550 Service Truck | Vehicle |
| 384 Semi Truck | Vehicle |
| 384 Semi Truck | Vehicle |
| Silverado | Vehicle |
| Dump Truck | Vehicle |
| Mixer (2006 Glider Kit) | Vehicle |
| KVM42 Pump Truck | Vehicle |
| Powder Trailer | Vehicle |
| Powder Trailer | Vehicle |
| Mixer (2005 Glider Kit) | Vehicle |
| Mixer (2005 Glider Kit) | Vehicle |
| Advance Mixer | Vehicle |
| 8x4 Front Discharge Mixer | Vehicle |
| Advance Mixer | Vehicle |
| Advance Mixer | Vehicle |
| 47 Meter Schwing Pump | Vehicle |
| 2018 Caterpillar 950GC Med Wheel Loader | Equipment |
| 2014 Cemco 275-2DSS Batch Plant | Equipment |
| 2020 27-4D Batch Plant | Equipment |

7

24-00310-WLH7    Doc 253    Filed 12/06/24    Entered 12/06/24 16:19:42    Pg 28 of 39

24-00310-WLH7    Doc 427-1    Filed 08/05/25    Entered 08/05/25 14:51:17    Pg 9 of 10

Ex. A-6

| Item | Category |
|---|---|
| 2021 MGL 836X Wheeled Conveyor - Serial #S36X176 | Equipment |
| 2000 Trailmobile Office Trailer | Equipment |
| 2020 Hitatchi ZW180 Loader | Equipment |
| 2020 Hitatchi ZW180 Loader | Equipment |
| 2020 Powerscreen- Premiertrak 40 Jaw Crusher | Equipment |
| 1998 Beal Belly Dump Tailer | Equipment |
| XXXX Gasser Trailer | Equipment |
| 1977 Kenworth W900-A Crane | Equipment |
| 2023 Durahaul Belly Dump Trailer | Equipment |
| 2020 Hitatchi Loader | Equipment |
| 2017 Trail King Lowboy Trailer | Equipment |
| 1996 Kenworth T800B | Equipment |
| 1997 Beall Pup Trailer | Equipment |
| McNelious Batchmaster 12 Batch Plant | Equipment |
| 2020 Aux Silo | Equipment |
| 2015 Chamelion Color System | Equipment |
| 2020 Feeder - 4 Bin | Equipment |
| 1972 Spomac Batch Plant | Equipment |
| 2013 Caterpillar XQ30 Generator on Trailer | Equipment |
| Bingen Batch Plant & Silo | Equipment |
| Yellow Silo | Equipment |
| 70 X 10 Port Scale 670C10-Si | Equipment |
| 2021 Suix Boiler | Equipment |
| 2021 Suix Boiler | Equipment |
| 2014 Conveyor | Equipment |
| 2014 Conveyor | Equipment |
| 1998 Caterpillar 980C Front End Loader | Equipment |
| 1994 Linkbelt LC4300 Excavator | Equipment |
| Test Weights | Equipment |
| www.rapidreadymix.com | Intangibles & IP |